UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>    Gary L. Marcum<br>    Kimberly A. Marcum<br><br>Debtor(s) | Case No.:  08 B 70780<br><br>Chapter:  13<br><br>Judge Manuel Barbosa |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Lydia Meyer, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127
Gary L. Marcum, Kimberly A. Marcum, Debtor(s), 55 N. Westwood Avenue, Freeport, IL 61032
Jeffry A. Dahlberg, Attorney for Debtor(s), 5130 N. Second Street, Loves Park, IL 61111

    You are hereby notified that ILLINOIS HOUSING DEVELOPMENT AUTHORITY has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

    You are hereby notified that debtor(s) is(are) due to ILLINOIS HOUSING DEVELOPMENT AUTHORITY for the contractual mortgage payment due 06/01/2010.  As of the 07/27/2012 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 06/01/2010 through 07/01/2012 post-petition mortgage payments, with the 08/01/2012 coming due.  The current mortgage payment amount due each month is $879.32.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

    Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 09/21/2012, ILLINOIS HOUSING DEVELOPMENT AUTHORITY's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

    The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on August 22, 2012.

                                             /s/ Gloria Tsotsos
                                            Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490

Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-28204)**

NOTE: This law firm is deemed to be a debt collector.